**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX  76180-6608**
**(817) 770-8500**
**(817) 770-8511 (FAX)**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | **CASE NO.:  14-44534-RFN** |
| | § | |
| **JOHN BENNY LEE**, xxx-xx-9646 | § | **CHAPTER 13** |
| | § | |
| **106 Mary Ln** | § | **Pre-Hearing Conference:** |
| **Weatherford, TX  76086** | § | **Friday, February 24, 2017 @ 10:00 AM** |
| | § | |
| **DEBTOR** | § | |
| | § | |

### TRUSTEE'S MODIFICATION OF CHAPTER 13
### PLAN AFTER CONFIRMATION
### DATE: January 25, 2017

**TO THE HONORABLE  RUSSELL F NELMS,  U.S. BANKRUPTCY JUDGE:**

Pursuant to 11 U.S.C. §1329, the Standing Chapter 13 Trustee requests the following modification of the Debtor's original or last modified Chapter 13 Plan:

1. The **SECURED** claim of **CENLAR FSB** (Court Claim No. 1 and Trustee Claim No. 2) in the allowed amount of **$3,634.49** shall be **"PAID DIRECT"** by the Debtor.

2. To the extent the Base Amount exceeds the amount needed to pay all allowed Secured, Priority and Administrative Claims in full, such excess shall be paid pro-rata to allowed timely filed non-penalty general unsecured claims up to 100%, with any remaining balance refunded to the Debtor.  The Unsecured Creditors' Pool will be adjusted accordingly.

3. All other provisions as set forth in the last confirmed plan remain the same.

Respectfully submitted,
By: **/s/ Tim Truman**

Tim Truman, Standing Chapter 13 Trustee
State Bar No. 20258000
Angela Allen, Staff Attorney
State Bar No. 00786970
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Trustee's Modification of Chapter 13 Plan After Confirmation" was served on the parties listed below in the manner listed below on or before January 26, 2017:

**FIRST CLASS MAIL:**

JOHN BENNY LEE, 106 Mary Ln, Weatherford, TX 76086

BARRETT DAFFIN FRAPPIER TURNER AND ENGLE LLP, 4004 BELT LINE RD STE 100, ADDISON, TX 75001

CENLAR FSB, 425 PHILLIPS BLVD, EWING, NJ 08618

**ELECTRONIC SERVICE:**

LEINART LAW FIRM, 11520 N CENTRAL EXPWY STE 212, DALLAS, TX 75243

BARRETT DAFFIN FRAPPIER TURNER AND ENGLE LLP, 4004 BELT LINE RD STE 100, ADDISON, TX 75001

LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY #1000, DALLAS, TX 75207

United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX 75242


**/s/ Tim Truman**
Tim Truman, Standing Chapter 13 Trustee